TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, Montana 59807
105 E. Pine Street
Missoula, Montana 59802
Phone: (406) 542-8851
FAX: (406) 542-1476

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
MISSOULA, MT
2006 AUG 2 AM 10 54
PATRICK E. DUFFY
BY /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 06-15-BU-DWM |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE |
| MICHAEL DANON EMERY, JAMES DALE PARKER, and CYNTHIA ANN WALSH, | Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release) |
| Defendants. | TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR FELONY DRUG CONVICTION |

THE GRAND JURY CHARGES:

Beginning in approximately May 2004, and continuing until approximately August 2004, in Gallatin County, in the State and District of Montana, the defendants,

MICHAEL DANON EMERY, JAMES DALE PARKER, and CYNTHIA ANN WALSH,

conspired and agreed with each other and with diverse other persons, both known and unknown to the grand jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

WARRANT ✓ all Dft's
BAIL None
CRM/SUM _____

# United States District Court

District of Montana, Butte Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | CASE NUMBER: CR-06-15-BU-DWM-001 |
| **Michael Dannon Emery** | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

---

YOU ARE HEREBY COMMANDED to arrest Michael Dannon Emery and take the arrested person without unnecessary delay before the nearest available federal magistrate judge to answer the Indictment charging him or her with Conspiracy to distribute Meth in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846.

CERTIFIED COPY OF CHARGING DOCUMENT ATTACHED
Assigned to: Timothy J. Racicot

Carol A. Dahley
Name of Issuing Officer

*C. Dahley*
Signature of Issuing Officer
By Order of Magistrate Judge Jeremiah C. Lynch
**BAIL FIXED AT $None**

DEPUTY CLERK, UNITED STATES DISTRICT COURT
Title of Issuing Officer

August 2, 2006
MISSOULA, MT

By **CAROL A. DAHLEY**
Name of Judicial Officer

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT

DATE RECEIVED _____    DATE OF ARREST _____

NAME AND TITLE OF ARRESTING OFFICER _____
SIGNATURE OF ARRESTING OFFICER _____

# United States District Court
## District of Montana, Butte Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| **V.** | CASE NUMBER: CR-06-15-BU-DWM-002 |
| **James Dale Parker** | |

TO:     UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

---

YOU ARE HEREBY COMMANDED to arrest James Dale Parker and take the arrested person without unnecessary delay before the nearest available federal magistrate judge to answer the Indictment charging him or her with Conspiracy to Distribute Meth in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846.

CERTIFIED COPY OF CHARGING DOCUMENT ATTACHED
Assigned to: Timothy J. Racicot

Carol A. Dahley
Name of Issuing Officer

*C. Dahley*
Signature of Issuing Officer
By Order of Magistrate Judge
**BAIL FIXED AT $None**

DEPUTY CLERK, UNITED STATES DISTRICT COURT
Title of Issuing Officer

August 2, 2006
MISSOULA, MT

**By CAROL A. DAHLEY**
Name of Judicial Officer

---

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT

DATE RECEIVED _____     DATE OF ARREST _____

NAME AND TITLE OF ARRESTING OFFICER _____
SIGNATURE OF ARRESTING OFFICER _____

# United States District Court

District of Montana, Butte Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| **v.** | CASE NUMBER: CR-06-15-BU-003 |
| **Cynthia Ann Walsh** | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Cynthia Ann Walsh and take the arrested person without unnecessary delay before the nearest available federal magistrate judge to answer the Indictment charging him or her with Conspiracy to Distribute Meth in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846.

CERTIFIED COPY OF CHARGING DOCUMENT ATTACHED
Assigned to: Timothy J. Racicot

Carol A. Dahley
Name of Issuing Officer

*C. Dahley*
Signature of Issuing Officer
By Order of Magistrate Judge
**BAIL FIXED AT $None**

DEPUTY CLERK, UNITED STATES DISTRICT COURT
Title of Issuing Officer

August 2, 2006
MISSOULA, MT

By CAROL A. DAHLEY
Name of Judicial Officer

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT |
| DATE RECEIVED _____    DATE OF ARREST _____ |
| NAME AND TITLE OF ARRESTING OFFICER _____ |
| SIGNATURE OF ARRESTING OFFICER _____ |